entitled to administer the fund and, although he admitted that there were no outstanding partnership obligations and that the only question was as to his right to one-half of the fund, brought this action to recover the whole thereof. He was awarded judgment for one-half the amount collected, with interest.

*Philip A. Laing* for appellant.
*Parton Swift* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

———————

In the Matter of the Application of PETER F. DIEDRICH et al., Respondents, against CHRIST S. WARREN, as Mayor of the City of Tonawanda, Appellant.

*Municipal corporations — Tonawanda (city of) — officers — authority of aldermen to increase their own salaries.*

*Matter of Diedrich* v. *Warren*, 213 App. Div. 406, affirmed.
(Argued December 9, 1925; decided January 12, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 8, 1925, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the defendant to sign and deliver salary warrants in favor of the petitioners, as aldermen of the city of Tonawanda, at a rate fixed by a resolution of the board of aldermen passed over the mayor's veto. Defendant contended that the increase was illegal for the reason that a member of the common council cannot vote for an increase in his own salary to take effect during his term of office. The petitioners argued that the resolution was authorized by section 3 of title 6 of the charter (L. 1920, ch. 350) which reads as follows: " It [the common council] shall have the power to fix or change the salary of all officers of the city including such as are fixed by this act which shall not be diminished during the continuance of such term of office."

39

*S. H. Millener* for appellant.

*Philip A. Laing* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Arbitration between WILLIAM BASSETT et al., Copartners under the Firm Name of BASSETT & O'REILLY Co., Respondents, and JOHN MAGNER, Appellant.

*Arbitration — claim that arbitrators had refused to consider facts material to controversy.*

*Matter of Bassett v. Magner*, 212 App. Div. 879, affirmed.

(Argued December 9, 1925; decided January 12, 1926.)

APPEAL from a judgment entered March 18, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of Special Term denying a motion for confirmation of the report of arbitrators herein and granted said motion. This proceeding was for the purpose of determining the amount due under and pursuant to three certain contracts between the defendant and the claimants, for the doing of certain work on the defendant's property in the village of Rye. Appellant contended that a majority of the arbitrators, contrary to the requirements of subdivision 3 of section 1457 of the Civil Practice Act, had refused to consider facts material to the controversy.

*William A. Davidson* for appellant.

*William Baruch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.